UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES MABRY, :
      Petitioner :
                              CIVIL ACTION NO. 3:17-2358
  v. :
                              (Judge Mannion)
KATHY P. LANE, Warden :

      Respondent :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED** only for the purpose of filing the petition.

2. The above captioned petition for writ of habeas corpus is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON
FEB 2 0 2018
PER _____
   DEPUTY CLERK

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 20, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2358-01-ORDER.wpd